# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DELRON D. MIMS and SHAREEF A. BROWN,<br><br>Plaintiffs<br><br>v.<br><br>SHENTEL KALAKAU, et al.,<br><br>Defendants | Case No.: 2:24-cv-00882-APG-EJY<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Shentel Kalakau's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Kalakau's citizenship as required by the amendment to that rule.

I FURTHER ORDER Kalakau to file a proper certificate of interested parties by May 28, 2024.

DATED this 14th day of May, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE