# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DELRON D. MIMS and SHAREEF A. BROWN,<br><br>Plaintiffs<br><br>v.<br><br>SHENTEL KALAKAU, et al.,<br><br>Defendants | Case No.: 2:24-cv-00882-APG-EJY<br><br>**Order Dismissing Case** |

In light of defendant Shentel Kalakau's response to the order to show cause (ECF No. 7),

I ORDER that this case is dismissed as duplicative of Case No. 2:24-cv-00342-APG-DJA.  The clerk of court is instructed to close this case.

DATED this 24th day of May, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE